FILED

JUL -8 2014

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLUE, | No. C 14-00405 BLF (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JEFFREY A BEARD, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at the Pleasant Valley State Prison in Fresno County for allegedly unconstitutional acts. Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: July 8, 2014

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
P:\PRO-SE\BLF\CR.14\00405Blue_transfer(ED).wpd