UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLUE,<br><br>             Plaintiff,<br><br>      vs.<br><br>JEFFREY A. BEARD,<br><br>             Defendant. | 1:14-cv-01074-LJO-GSA-PC<br><br>ORDER APPROVING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF MICHAEL BLUE<br>(Doc. 16.) |

Michael Blue ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 7, 2014, a stipulation for substitution of attorneys for Plaintiff was filed with the court containing the signatures of Plaintiff and the incoming attorney of record.  (Doc. 16.)  After consideration of the stipulation, the court hereby approves and orders the substitution of attorneys as set forth.

Accordingly, IT IS HEREBY ORDERED that the stipulation for substitution of attorney Benjamin Laurence Pavone, of Pavone & Fonner, filed on November 7, 2014, is APPROVED as set forth.

IT IS SO ORDERED.

Dated:   November 13, 2014                        _____
                                                                            SENIOR  DISTRICT  JUDGE